■ In the Matter of Robert Kissh, Petitioner, v Bernard B. Kerik, as Police Commissioner of the City of New York, Respondent. [757 NYS2d 35] —Determination of respondent Commissioner of Police, dated April 2, 2001, which dismissed petitioner from the Police Department of the City of New York,

unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Joan Madden, J.], entered March 20, 2002), dismissed, without costs.

The determination is supported by substantial evidence (*see Matter of Scully v Safir*, 282 AD2d 305 [2001]). The Hearing Officer's credibility findings are virtually "unassailable," and we may not reweigh the evidence (*see e.g. Matter of Velasquez v Kerik*, 294 AD2d 242 [2002]). The penalty of dismissal, under the circumstances of this matter in which petitioner was shown to have engaged in illicit off-duty employment, an altercation with a fellow officer and attempted bribery, is not so disproportionate to the offense as to be shocking to one's sense of fairness (*see Matter of Harp v New York City Police Dept.*, 96 NY2d 892, 894 [2001]). Concur—Buckley, P.J., Tom, Rosenberger, Ellerin and Williams, JJ.